IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00008 D

WALTER GUTHRIE                          )
            Plaintiff,                  )
                                        )
    v.                                  )      CONSENT ORDER FOR PAYMENT
                                        )      OF FEES AND COSTS PURSUANT TO
CAROLYN W. COLVIN,                      )      THE EQUAL ACCESS TO JUSTIC ACT
Acting Commissioner of                  )
Social Security,                        )
            Defendant.                  )
_____             )

     This matter being submitted to the Court for entry of a Consent Order agreed to by the

parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent

Order, and Defendant has executed this Consent Order, by and through the undersigned Special

Assistant United States Attorney; and it appearing that the parties have agreed to an award to the

Plaintiff of $1,406.25 for attorney fees in full and final settlement of all claims arising from the

above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d);

and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs

to his attorney:

     It is therefore ORDERED, this 24th day of May, 2016,  that the Plaintiff shall be, and

hereby is, awarded the sum of $1,406.25 for attorney fees in full satisfaction of any and all

claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the

payment of such sum, the Defendant shall be discharged from any further liability for fees, costs

or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Brian Ricci and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This 26 day of May 2016.

JAMES C. DEVER III
Chief United States District Judge

2